**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

Thursday, February 20, 2014

Hon. Arnold Hayden
Attorney at Law
P.O. Box 4967
Victoria, TX 77903-4967

Hon. Michael Sheppard
District Clerk
307 N. Gonzales
Cuero, TX 77954

Re:      Cause No. 13-13-00420-CR
Tr.Ct.No. 10-05-11,249C
Style:    COURTNEY HINOJOSA v. THE STATE OF TEXAS

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    State Prosecuting Attorney
       24th District Court
       Hon. Tabeth Gardner, District Clerk/De Witt